JULY 1, 1996

No. 95–806. PENN ADVERTISING OF BALTIMORE, INC. *v.* SCHMOKE, MAYOR OF BALTIMORE CITY, ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *44 Liquormart, Inc.* v. *Rhode Island,* 517 U. S. 484 (1996).

No. 95–1010. DUVALL ET UX. *v.* BRISTOL-MYERS SQUIBB CO. ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Medtronic, Inc.* v. *Lohr, ante,* p. 470. JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 95–1034. ENGLISH ET UX. *v.* MENTOR CORP. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Medtronic, Inc.* v. *Lohr, ante,* p. 470.

No. 95–1037. MENTOR CORP. *v.* FELDT; and
No. 95–1214. FELDT *v.* MENTOR CORP. C. A. 5th Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Medtronic, Inc.* v. *Lohr, ante,* p. 470.

No. 95–1058. NEVADA *v.* DESIMONE. Sup. Ct. Nev. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Ursery, ante,* p. 267.

No. 95–1323. MITCHELL ET VIR *v.* COLLAGEN CORP. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Medtronic, Inc.* v. *Lohr, ante,* p. 470.